No. 85–648.  FULLER *v.* UNITED STATES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 85–649.  INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, LOCAL 1414, ET AL. *v.* WARD.  C. A. 11th Cir.  Certiorari denied.

No. 85–650.  McCORSTIN *v.* UNITED STATES STEEL CORP. C. A. 11th Cir.  Certiorari denied.

No. 85–661.  RUSSELL ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 85–662.  TEXAS *v.* UNITED STATES DEPARTMENT OF ENERGY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85–687.  KELLY *v.* WHITING, JUDGE, COURT OF COMMON PLEAS OF CUYAHOGA COUNTY, ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 85–689.  MUTH *v.* SHOWERS.  Super. Ct. Pa.  Certiorari denied.

No. 85–696.  HELFRICHT *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 85–699.  DeSANTIS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–707.  CITY OF PHILADELPHIA *v.* BOROUGH OF GLASSBORO ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 85–710.  RANDELL ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 85–719.  BORNTRAGER *v.* STEVAS, FORMER CLERK OF SUPREME COURT OF UNITED STATES, ET AL.  C. A. 8th Cir. Certiorari denied.

No. 85–722.  KAPRELIAN *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.